IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONNIE ODELL PARKER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIV. A. NO. 25-00396-KD-N |
| J. RICHMOND PEARSON, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

This action is before the Court on the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b), and S.D. Ala. GenLR72(c), (doc. 4), Plaintiff Ronnie Odell Parker's Objection, (doc. 6), and Plaintiff Parker's Motion to Amend the Complaint, (doc. 5).

**I. Report and Recommendation**

Parker, a *pro se* Alabama inmate seeking to proceed *in forma pauperis,* brought his Complaint pursuant to 42 U.S.C. § 1983, (doc. 1). Upon screening pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommended dismissal of this action without prejudice for failure to state a claim upon which relief can be granted. Specifically, because Parker challenged the legality of his conviction and sentence, relief was not available under § 1983 but instead he may only obtain relief through a petition for habeas corpus brought pursuant to 28 U.S.C. § 2254. Parker did not file an objection to the Report and Recommendation.

Accordingly, after due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which an objection was made, (doc. 6), the Report and Recommendation, (doc. 4), dated December 19, 2025, is **ADOPTED** as the

opinion of this Court.

### II. Motion to Amend

Parker filed a Motion to Amend his Complaint. He seeks leave to add a claim that Defendants Teresa Roberts and former District Attorney Robert Keahey conspired to obtain his wrongful conviction. Applying a liberal construction, see <u>Daniele v. United States</u>, 740 Fed. Appx. 973, 977 (11th Cir. 2018), Parker appears to seek leave to claim a conspiracy to violate his civil rights. However, as previously stated, Parker may only obtain relief from his conviction and sentence in an action brought pursuant to 28 U.S.C. § 2254. Therefore, allowing Parker to amend his Complaint to add this claim would be futile. Accordingly, his Motion is denied

### III. Conclusion

Upon consideration of the foregoing, this action is **DISMISSED** without prejudice prior to service pursuant to 28 U.S.C. § 1915A(b)(1), and the Motion for Leave to Proceed in forma pauperis, (doc. 2), is **MOOT**.

**DONE** and **ORDERED** this **21st** day of **January**, 2026.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**